IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Mary Lee Jones | § § | Case No. 16-12549 |
| | § § | Chapter 13 |
| Debtor(s). | § | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>RESPONSE TO NOTICE OF FINAL CURE PAYMENT</u>

Now comes, Servis One, Inc. dba BSI Financial Services, Inc. by its attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1) Servis One, Inc. dba BSI Financial Services, Inc. disagrees that the Debtors have paid the full amount to cure the default on Creditor's claim.

2) Servis One, Inc. dba BSI Financial Services, Inc. disagrees that Debtor is current with respect to all payments consistent with §1322 (b) (5). The Debtor has outstanding MFR fees and costs as follows:

| | |
|---|---|
| 02/28/20 | -181.00 |
| 02/28/20 | -1,050.00 |

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: <u>bankruptcyecf@cgd-law.com</u>

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd of October, 2020 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:

Mary Lee Jones
3807 Glenarm Avenue
Baltimore, MD 21206
Debtor(s)


And by electronic filing notification CM/ECF to:
And debtor's(s') counsel:

James R. Logan
2419 Maryland Avenue
Baltimore, MD 21218
Counsel to the Debtor(s)


Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
Chapter Trustee


/s/ Richard J. Rogers
Richard J. Rogers